
LMF: USAO 2012R00330

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC12CR0612 |
| | * | |
| DANIEL BURTON, | * | (Sex Trafficking, 18 U.S.C. § 1591(a); |
| a/k/a "Snoop," | * | Forfeiture, 18 U.S.C. § 1594(b)) |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between on or about March 9, 2008 and on or about April 8, 2008, in the District of Maryland and elsewhere, the defendant,

**DANIEL BURTON,**
**a/k/a/ "Snoop,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain, by any means a person, namely, J.D., a 13 year old female, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, that means of force, fraud and coercion as defined in Title 18, United States Code, Section 1591(c)(2), would be used to cause J.D. to engage in a commercial sex act, and knowing, that J.D. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1594(b)(1) and (2), in the event of the defendant's conviction on Count One of this Indictment.

2. As a result of the offense set forth in Count One of this Indictment, the defendant,

**DANIEL BURTON,**
a/k/a/ "Snoop,"

shall forfeit to the United States of America:

    a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

    b. Any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. §§ 1594(b)(1) and (2), as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

18 U.S.C. § 1594(b)

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Rod J. Rosenstein by MwC
Rod J. Rosenstein
United States Attorney

11-28-12.
Date

3