

LMF: USAO 2012R00330

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUL 31  A 10: 45

CLERK'S OFFICE
AT GREENBELT

DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.  DKC-12-0612** |
| | * | |
| **DANIEL BURTON,** | * | **(Sex Trafficking of a Minor, 18 U.S.C.** |
| **a/k/a "Snoop,"** | * | **§ 1591(a); Distribution of Controlled** |
| | * | **Substance to Person Under Age** |
| **Defendant** | * | **Twenty-One, 21 U.S.C. §§ 841(a) (1)** |
| | * | **and 859(a), Use of Interstate Facilities to** |
| | * | **Transmit Information About a Minor,** |
| | * | **18 U.S.C. § 2425; Forfeiture, 18 U.S.C.** |
| | * | **§ 1594(b))** |
| | * | |

*******

FILED
LOGGED                ENTERED
RECEIVED

JUL 3 1 2013
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

### SUPERSEDING INDICTMENT

#### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between on or about March 9, 2008 and on or about April 8, 2008, in the District of

Maryland and elsewhere, the defendant,

### DANIEL BURTON,
a/k/a/ "Snoop,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor,

transport, provide and obtain, by any means a person, namely, J.D., a 13-year-old female, and did

benefit financially and by receiving anything of value from participation in a venture engaged in

such acts, knowing, that means of force, fraud and coercion as defined in Title 18, United States

Code, Section 1591(c)(2), would be used to cause J.D. to engage in a commercial sex act, and

knowing, that J.D. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

Between on or about March 9, 2008 and on or about April 8, 2008, in the District of

Maryland and elsewhere, the defendant,

**DANIEL BURTON,**
**a/k/a/ "Snoop,"**

a person at least 18 years of age, knowingly and intentionally distributed a quantity of a mixture

and substance containing a detectable amount of marihuana, a Schedule I controlled substance,

and 3,4-methylenedioxymethaamphetamine/MDMA, commonly referred to as ecstasy, a

Schedule I controlled substance, to J.D., a person who was 13 years of age.


21 U.S.C. §§ 841(a)(1) and 859(a)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

Between on or about March 9, 2008 and on or about April 8, 2008, in the District of

Maryland and elsewhere, the defendant,

**DANIEL BURTON,**
**a/k/a/ "Snoop,"**

using the mail and any facility and means of interstate and foreign commerce, knowingly

initiated and attempted to initiate the transmission of the telephone number of another individual,

J.D., knowing that such other individual had not attained the age of 16 years, with the intent to

entice, encourage, offer, and solicit any person to engage in any sexual activity for which any

person can be charged with a criminal offense.

18 U.S.C. § 2425
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.　　Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1594(b)(1) and (2), in the event of the defendant's conviction on Count One of this Indictment.

2.　　As a result of the offense set forth in Count One of this Indictment, the defendant,

**DANIEL BURTON,**
**a/k/a/ "Snoop,"**

shall forfeit to the United States of America:

　　　　a.　　Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

　　　　b.　　Any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.　　If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. §§ 1594(b)(1) and (2), as a result of any act or omission of the defendant,

　　　　a.　　cannot be located upon the exercise of due diligence;

　　　　b.　　has been transferred or sold to, or deposited with, a third person;

　　　　c.　　has been placed beyond the jurisdiction of the Court;

　　　　d.　　has been substantially diminished in value; or

　　　　e.　　has been commingled with other property that cannot be subdivided
　　　　　　without difficulty;

5

the United States intends to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

18 U.S.C. § 1594(b)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

7-31-13

Date